■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL L. PESANTE, Appellant. [847 NYS2d 893]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered July 14, 2006. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH A. LOBELLO, Appellant. [847 NYS2d 878]—Appeal from a judgment of the Supreme Court, Erie County (Christopher J. Burns, J.), rendered May 30, 2006. The judgment convicted defendant, upon his plea of guilty, of felony driving while intoxicated.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed (*see People v Griffin*, 239 AD2d 936 [1997]). Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.